# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DONALD S. LANG, | Civil No. 10-4161 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Donald S. Lang, 6512 Seventh Street North, Oakdale, MN 55128, pro se plaintiff.

Lonnie Bryan, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Janie S. Mayeron, dated July 6, 2011 [Docket No. 14]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss [Docket No. 10] is **GRANTED**; and

2. Plaintiff's Complaint [Docket No. 1] is **DISMISSED with Prejudice**.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: July 25, 2011
at Minneapolis, Minnesota

                          s/ John R. Tunheim
                          JOHN R. TUNHEIM
                        United States District Judge